Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 8672**

The person charged as __Alberto Plascencia-Garcia__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Eastern__ District of __California__

with __Deported Alien Found in the Unites States__, in violation of __Title 8, United States Code, Section 1326 (a) & (b) (2)__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __7/21/08__

_____
Christopher A. Salgado
(Name)

Deportation Officer

Reviewed and Approved:

Dated: __7-22-08__

_____
Assistant United States Attorney

FILED
JUL 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JUL 22 2008 09:07 FR USMS ADMIN ELC          760 370 3945 TO AUSA ELC          P.02/04
Case 2:08-mj-08672-PCL   Document 1   Filed 07/23/2008   Page 2 of 4
USMS E-CA FRESNO   Fax:              Jul 22 2008 08:38am P002/004

Case 1:07-cr-00177-AWI   Document 2   (Court only)   Filed 07/12/2007   Page 1 of 1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

USA,

v.

ALBERTO PLASCENCIA-GARCIA,

WARRANT FOR ARREST

Case Number: 1:07-CR-00177-AWI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Alberto Plascencia-Garcia,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Violation Petition   ☐ Other

FILED
JUL 23 2008

charging him or her with (brief description of offense)

**Deported Alien Found in US**

in violation of Title  8    United States Code, Section(s)  1326

| J. Hellings | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 7/12/07       Fresno |
| Signature of Issuing Officer | Date and Location |

Bail fixed at  NO BAIL           by   Judge Sandra M. Snyder

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| 7/21/08 | Chris SALGADO Deportation Officer |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 7/24/08 | [signature] |
| Date of Arrest | Signature of Arresting Officer |

136 3n 62

```
 1  McGREGOR W. SCOTT
    United States Attorney                         FILED
 2  SHERRILL A. CARVALHO
    Assistant U.S. Attorney
 3  4401 Federal Courthouse                        JUL 12 2007
    2500 Tulare Street
 4  Fresno, California 93721               CLERK, U.S. DISTRICT COURT
    Telephone: (559) 497-4000              EASTERN DISTRICT OF CALIFORNIA
 5                                         BY
                                                    DEPUTY CLERK
 6

 7

 8            UNITED STATES DISTRICT COURT FOR THE

 9                 EASTERN DISTRICT OF CALIFORNIA

10                                    1: 07 CR 00177 AWI
11                                    CR. NO.
    UNITED STATES OF AMERICA,      )
12                                  )  VIOLATION: 8 U.S.C. §
                   Plaintiff,       )  1326(a)&(b)(2) - Deported
13                                  )  Alien Found in the United
         v.                         )  States (Felony)
14                                  )
    ALBERTO PLASCENCIA-GARCIA,      )
15                                  )
                   Defendant.       )
16  _____)

17

18
                       I N D I C T M E N T
19

20       The Grand Jury charges: T H A T

21            ALBERTO PLASCENCIA-GARCIA,

22  defendant herein, an alien, on or about October 5, 2004, was

23  deported or removed from the United States after being convicted of

24  the following crime, specifically:

25       Second Degree Burglary, in violation of California Penal
         Code § 459 in the Los Angeles County Superior Court on or
26       about January 14, 1998, for which he was sentenced to two
         years (Case No. 5503102),
27

28  and thereafter on or about January 3, 2007, defendant was found

                                 1
```

within the State and Eastern District of California without having obtained the consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security (Title 6, United States Code, Sections 202(3),(4) and 557) for a reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) & (b)(2).

A TRUE BILL.

/s/
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By: /s/
MARK E. CULLERS
Assistant U.S. Attorney
Chief, Fresno Office

2